

RECEIVED
IN LAKE CHARLES, LA
JUL 16 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COLONNADE CONDOMINIUM OWNERS ASSOCIATION, INC., FRANCIS X. BRIDE, MD, L.L.C., FRANCIS X. BRIDE, MD, INDIVIDUALLY, RICARDO M. MCCALL, MD, L.L.C., RICARDO M MCCALL, MD., INDIVIDUALLY, STEPHEN P. KEITH, MD, L.L.C., STEPHEN P. KEITH, MD INDIVIDUALLY, COLONNADE ENDOSCOPY CENTER, L.L.C., COLONNADE ENDOSCOPY CENTER HOLDING COMPANY, LLC, and GASTROENTEROLOGY ASSOCIATES OF SOUTHWEST LOUISIANA, L.L.C. | CIVIL ACTION NO: 2:07-CV-00659<br><br>U.S. DISTRICT JUDGE MINALDI<br><br>MAGISTRATE JUDGE WILSON |
| v. | |
| THE TRAVELERS INDEMNITY COMPANY, and LOUISIANA COMPANIES | |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court having considered the Joint Motion to Dismiss submitted by Plaintiffs and Defendant The Travelers Indemnity Company,

**IT IS ORDERED** that all claims against The Travelers Indemnity Company herein be and are hereby Dismissed with prejudice and without costs.

Lake Charles, Louisiana, July _13_, 2007.

JUDGMENT OF DISMISSAL WITH PREJUDICE                                                    SOLO
PAGE

_____
JUDGE MINALDI
UNITED STATES DISTRICT JUDGE